ELIZABETH C. CONROY, Appellant, *v.* SARATOGA SPRINGS AUTHORITY, Respondent.

Argued November 13, 1940; decided December 3, 1940.

*Edmond N. Amyot* for appellant.

*Spencer B. Eddy* and *Francis E. Dorsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.